MANATT, PHELPS & PHILLIPS, LLP
JOHN W. MCGUINNESS (Bar No. 277322)
E-mail: JMcGuinness@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendant
GOODLEAP, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Andrea Nicholson<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TransUnion, LLC; GoodLeap LLC<br><br>　　　　　　Defendants. | No. 2:24-cv-01894-WBS-JDP<br>Hon. William B. Shubb, Courtroom 5<br><br>**ORDER APPROVING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT GOODLEAP, LLC TO RESPOND TO COMPLAINT**<br><br>Date Action Filed:　　7/10/2024<br>Current Response Date:　9/13/2024<br>New Response Date:　　9/27/2024 |

# ORDER

The Court has reviewed the parties' Third Stipulation to Extend Time to Respond to Complaint and finds that good cause to approve the Stipulation and grant the requested extension exists. The Stipulation is approved and Defendant GoodLeap, LLC's deadline to respond to the Complaint is extended from September 13, 2024 to September 27, 2024.

**SO ORDERED**.

Dated:  September 12, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE