1 | Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
2 | Gale, Angelo, & Johnson P.C.
2999 Douglas Blvd., Ste. 111
3 | Roseville, California 95661
Tel.: 916-290-7778
4 | Fax: 916-282-0771

5 | Attorney for Plaintiff
Andrea Nicholson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| Andrea Nicholson, | Case No.: 2:24-cv-01894-WBS-JDP |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Goodleap LLC et. al. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Defendant Goodleap LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 13, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE